DICKERSON *v.* THE STATE.

FISH, P. J. On the trial of one indicted for murder, the legal effect of a ver-dict of "guilty of involuntary manslaughter" was to find the accused guilty of the highest grade of the last-named offense, viz., involuntary manslaughter in the commission of an unlawful act. *Thomas* v. *State*, this day decided.        *Judgment affirmed. All the Justices concur.*

Submitted October 19, — Decided December 9, 1904.

Conviction of involuntary manslaughter.        Before Judge Cann, Chatham superior court.        June 23, 1904.

*Twiggs & Oliver, James F. Evans,* and *Edmund H. Abrahams,* for plaintiff in error.        *W. W. Osborne, solicitor-general,* contra.